IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 17-11035-FF

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

REBECCA ANN NORTON,
a.k.a. Becky Norton,

Defendant-Appellant.

---

Appeal from the United States District Court
for the Northern District of Alabama

---

Before: ED CARNES, Chief Judge, HULL, and WILSON, Circuit Judges.

BY THE COURT:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Norton's plea agreement is GRANTED. *See United States v. Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).